IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-05-00482 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD VAUGHN, JR. ) | |
| ) | |
| ) | |
| Defendant._____) | |
| ) | |

### ORDER

The parties have agreed upon the following filing and hearing schedule for the defendant's motions.

        Government Response     February 27, 2006

        Hearing     March 6, 2006 at 1:30 p.m.

It is ordered that this schedule be followed. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

Dated: February 9, 2006        /s/ OLIVER W. WANGER
                                                Oliver W. Wanger
                                                U.S. District Judge

1