1  **RICHARD P. BERMAN #55462**
   **Attorney at Law**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 438-7425
   FAX (559) 233-6947
4

5  ATTORNEY FOR   Defendant, RONALD VAUGHN, Jr.

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * * * * *

11  | UNITED STATES OF AMERICA, | Case No.:   CRF-05-0482-OWW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND DEADLINE FOR DEFENDANT'S REPLY TO MOTION; DECLARATION OF RICHARD P. BERMAN; AND ORDER** |
| vs. | |
| RONALD VAUGHN, Jr., | |
| Defendant. | |

17  IT IS HEREBY STIPULATED by and between Plaintiff,
18  the UNITED STATES OF AMERICA, and Defendant,
19  RONALD VAUGHN, Jr., through their respective counsel,
20  David Gappa, Assistant U.S. Attorney, and Richard P. Berman,
21  Esq., as follows:
22  If it pleases the Court:
23  1. The date for the hearing on the status conference
24  presently set for April 17, 2006, shall be continued to May 22,
25  2006, at 1:30 p.m.
26  2. This continuance is requested to provide counsel with
27  additional time necessary to prepare for the search warrant
28  suppression motion.

1  ///

2  3. Counsel for all parties agree that there is good cause for
3  this continuance.

4  4. The Defendant's reply to the government's opposition
5  shall be filed on May 15, 2006.

6  5. The delay resulting from this continuance shall be
7  excluded in the interests of justice under 18 U.S.C. §§
8  3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

9  Dated: April 10, 2006.     Respectfully submitted,

10  LAW OFFICE OF RICHARD P. BERMAN

By  /s/ RICHARD P. BERMAN
RICHARD P. BERMAN
Attorney for Defendant,
RONALD VAUGHN, Jr.

### DECLARATION OF RICHARD P. BERMAN

I, Richard P. Berman, hereby declare that:

1. I am an attorney duly licensed to practice in all California Courts, State and Federal;

2. I am the attorney for the above-captioned Defendant, RONALD VAUGHN, Jr.; and

3. On April 10, 2006, I spoke with Assistant U.S. Attorney David Gappa regarding this matter and his is in agreement to the resetting as requested and that good cause exists therefore.

I swear under penalty of perjury that the above declaration is true and correct to the best of my knowledge, save for and

1 except those matters stated upon information and belief, and as
2 to those matters, I believe them to be true.
3 ///
4      Executed at Fresno, California, this 10th day of April,
5 2006.

7        /s/ RICHARD P. BERMAN
  RICHARD P. BERMAN
8  Declarant

## ORDER

IT IS SO ORDERED.

**Dated:   April 12, 2006**          **/s/ Oliver W. Wanger**
emm0d6                    UNITED STATES DISTRICT JUDGE