**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, RONALD VAUGHN, Jr.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD VAUGHN, Jr.,<br><br>Defendant. | Case No.:   CRF-05-0482-OWW<br><br>**STIPULATION TO CONTINUE HEARING DATE AND DEADLINE FOR DEFENDANT'S REPLY TO MOTION AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff, the UNITED STATES OF AMERICA, and Defendant, RONALD VAUGHN, Jr., through their respective counsel, David Gappa, Assistant U.S. Attorney, and Richard P. Berman, Esq., as follows:

   If it pleases the Court:

   1. The date for the hearing on the status conference presently set for May 22, 2006, shall be continued to June 26, 2006, at 1:30 p.m.

   2. This continuance is requested to provide counsel with additional time necessary to prepare for the search warrant

1  suppression motion.
2  ///
3     3. Counsel for all parties agree that there is good cause for
4  this continuance.
5     4. The Defendant's reply to the government's opposition
6  shall be filed on June 12, 2006.
7     5. The delay resulting from this continuance shall be
8  excluded in the interests of justice under 18 U.S.C. §§
9  3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).
10    Dated: May 15, 2006.    Respectfully submitted,
11                            LAW OFFICE OF RICHARD P. BERMAN
12
13
                             By  /s/ RICHARD P. BERMAN
14
                                RICHARD P. BERMAN
15                              Attorney for Defendant,
                                RONALD VAUGHN, Jr.
16
17    Dated: May 15, 2006.    McGREGOR W. SCOTT
                              United States Attorney
18
19
                             By  /s/ DAVID L. GAPPA
20
                                DAVID L. GAPPA
21                              Assistant U.S. Attorney
22
                         * * * * * * *
23
                              **ORDER**
24  IT IS SO ORDERED.
25  **Dated:   May 18, 2006**            **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE
26
27
28
                                2