IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-05-00482 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD VAUGHN, JR. ) | |
| ) | |
| Defendant. ) | |

ORDER

The parties have agreed upon the following filing and hearing schedule for the defendant's motions.

        Defense Filing         July 24, 2006

        Government Filing    August 21, 2006

        Hearing              September 5, 2006 at 1:30 pm

It is ordered that this schedule be followed. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:  June 16, 2006**　　　　　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1