1

**RICHARD P. BERMAN #55462**
**Attorney at Law**

2
2333 MERCED STREET
FRESNO, CA 93721

3
PHONE (559) 438-7425
FAX (559) 233-6947

4

5
ATTORNEY FOR    Defendant, RONALD VAUGHN, Jr.

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10
\* \* \* \* \* \* \* \*

11
**UNITED STATES OF AMERICA,**            Case No.:      **CRF-05-0482-OWW**

12
**Plaintiff,**               **STIPULATION TO CONTINUE**
                                         **HEARING DATE AND DEADLINES FOR**
13
**vs.**                                  **MOTIONS/REPLIES**
                                         **AND ORDER**
14
**RONALD VAUGHN, Jr.,**

15
**Defendant.**

16

17      IT IS HEREBY STIPULATED by and between Plaintiff, the UNITED STATES OF

18  AMERICA, and Defendant, RONALD VAUGHN, Jr., through their respective counsel, David L.

19  Gappa, Assistant U.S. Attorney, and Richard P. Berman, Esq., as follows:

20      If it pleases the Court:

21      1. The date for the motion hearing presently set for March 6, 2007, shall be continued to

22  May 30, 2007, at 9:00 a.m. in Courtroom 3.

23      2. This continuance is requested to provide defense counsel with additional time

24  necessary to prepare for the search warrant suppression motion.

25      3. The Defendant's additional reply/declaration shall be filed on April 17, 2007.

26      4. The Government's response shall be filed on May 1, 2007.

27      5. The Defendant's reply shall be filed on May 15, 2007.

28      6. The delay resulting from this continuance shall be excluded in the interests of justice

1

1  under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

2       Dated: February 28, 2007.   Respectfully submitted,

3                               LAW OFFICE OF RICHARD P. BERMAN

4

5                         By  /s/  RICHARD P. BERMAN

6                         RICHARD P. BERMAN
                          Attorney for Defendant,

7                            RONALD VAUGHN, Jr.

8       Dated: February 28, 2007.   McGREGOR W. SCOTT
                          United States Attorney

9

10

11                        By  /s/ David L. Gappa
                          DAVID L. GAPPA

12                        Assistant U.S. Attorney

13                      *******

14                      **ORDER**

15      IT IS SO ORDERED.

16 **Dated:   March 6, 2007**             **/s/ Oliver W. Wanger**

17 emm0d6                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28