(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, RONALD VAUGHN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   CRF-05-0482-OWW |
| Plaintiff, | **ORDER FOR IN CAMERA PRODUCTION OF GRAND JURY TRANSCRIPT AND ANY EXHIBITS PRESENTED TO THE GRAND JURY IN THIS MATTER** |
| vs. | |
| RONALD VAUGHN, Jr., | |
| Defendant. | |

TO THE UNITED STATES ATTORNEY AND TO DAVID GAPPA, ASSISTANT U.S. ATTORNEY:

Good cause appearing therefor, and based upon pleadings and argument submitted to this Court on August 20, 2007,

**IT IS HEREBY ORDERED** that the transcript of the Grand Jury proceedings which resulted in the Indictment in this case dated November 22, 2005, and all exhibits presented to the Grand Jury in said proceeding, be provided to this Court forthwith for in camera examination.

IT IS SO ORDERED.

**Dated:   August 24, 2007**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1
ORDER FOR IN CAMERA PRODUCTION OF GRAND JURY TRANSCRIPT AND ANY EXHIBITS