1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

                 UNITED STATES DISTRICT COURT
7
                 EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )   1:05-cr- 00482 OWW
10                              )
              Plaintiff,        )   PROTECTIVE ORDER CONCERNING
11                              )   COMPUTER MEDIA CONTAINING CHILD
        v.                      )   PORNOGRAPHY
12                              )
   RON VAUGHN Jr.,              )
13                              )
              Defendant.        )   The Honorable Oliver W. Wanger
14                              )
                                )
15                              )
   _____)
16

17
                              ORDER
18
        IT IS HEREBY ORDERED AS FOLLOWS:
19
        1.  Fresno County Sheriff's Detective Kevin Wiens shall make a
20
   duplicate copy of all hard drives and other storage media as
21
   requested by the defense.
22
        2. The duplicate copies of the hard drives and storage media
23
   shall be made available for defense counsel, Rick Berman, Esq., and
24
   defense expert, David J. Penrod, to review at the offices of U.S
25
   Immigration and Customs Enforcement (ICE) in Fresno, California for
26
   the purpose of preparing for trial in the above-entitled action.
27
   The images on the hard drives and storage media shall not be viewed
28
   by any other person unless defense counsel is present and the

   viewing is necessary to preparation of the defendant's defense.

Private investigator Vince Jura may view the items while in the presence of Mr. Berman or Mr. Penrod at the ICE office in Fresno for purposes of assisting the defense.

3.   Neither Mr. Berman, Mr. Penrod, nor Mr. Jura shall remove the hard drives or other media from the ICE office or copy, duplicate, or transfer any data or files onto any other media of any kind.

4.   Neither Detective Wiens nor any government agent shall access or review the defense copy of the hard drive while it is within the custody of the ICE office.

5.   When the defense indicates that it is finished with its review of the copy of the hard drive, Detective Wiens will "wipe" the hard drive and return it to defense counsel or his expert.

6.   Any disputes concerning the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

DATE: October 15, 2007          /s/ OLIVER W. WANGER
                                HONORABLE OLIVER W. WANGER
                                United States District Judge

2