**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR    Defendant, RONALD VAUGHN, Jr.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   CRF-05-0482-OWW |
| Plaintiff, | **ADDENDUM TO PROTECTIVE ORDER CONCERNING MEDIA CONTAINING CHILD PORNOGRAPHY** |
| vs. | |
| RONALD VAUGHN, Jr., | |
| Defendant. | |

The Protective Order Concerning Media Containing Child Pornography issued by this Court on October 15, 2007, in this case is hereby amended to add:

> Mr. Penrod shall be allowed to create and export text-based index reports from EnCase and Forensic Toolkit; Create and export text-based Bookmark reports from EnCase and Forensic Toolkit.  These reports shall not contain graphic images.

IT IS SO ORDERED.

**Dated:   October 18, 2007**         /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE