McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr- 00482 OWW |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | PROPRIETARY INFORMATION |
| v. | ) | CONTAINED WITHIN BUSINESS RECORD |
| | ) | TO BE USED AS TRIAL EXHIBIT |
| RON VAUGHN Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | The Honorable Oliver W. Wanger |
| _____ | ) | |

## ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

The parties shall not release the government's proposed trial exhibit, a one-page item (a business record of Maxell Corporation) bearing Bates 533, to any person or entity not connected to the case. Also neither party shall file the document on the Electronic Court Filing System nor in any other way publicly disclose the information other than as necessary for the ordinary course of the trial of this case.

SO ORDERED.

DATE:_October 18, 2007_____/s/ OLIVER W. WANGER
                                     _____
                                     HONORABLE OLIVER W. WANGER
                                     United States District Judge