(SPACE BELOW FOR FILING STAMP ONLY)

1 | RICHARD P. BERMAN #55462
Attorney at Law
2 | 2333 MERCED STREET
FRESNO, CA 93721
3 | PHONE (559) 438-7425
FAX (559) 233-6947



OCT 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

ATTORNEY FOR  Defendant, RONALD VAUGHN, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CRF-05-0482-OWW |
|---|---|
| Plaintiff, | **REQUEST FOR EXTENSION OF TIME FOR FURTHER COMPUTER ANALYSIS AND [PROPOSED] ORDER** |
| vs. | |
| RONALD VAUGHN, Jr., | |
| Defendant. | |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE-ENTITLED COURT; TO McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND TO DAVID L. GAPPA, ASSISTANT U.S. ATTORNEY:

NOW COMES Defendant, RONALD VAUGHN, Jr., by and through counsel and respectfully requests an extension of time to complete the examination of the computer data evidence in this case at least through Friday, October 19, 2007, at 5:00 p.m.

Good cause exists for this request as set forth in this pleading.

### THE FACTUAL SITUATION

On October 9, 2007, this Honorable Court made orders to facilitate the discovery and trial preparation in this matter.

///

1

1   On October 11, 2007, the government provided discovery
2   consisting of approximately 200 pages including numerous pages of
3   computer code.
4   On October 12, 2007, the government produced a CD-ROM
5   containing computer registry and two more pages of discovery.
6   On Monday, October 15, 2007, David Penrod commenced analysis
7   of the materials provided by the government in this case.  The
8   examination has not been completed and additional time is
9   necessary therefore.
10  The circumstances and causes of the situation include:
11  1.  The discovery resulted in nine media storage devices
12  consisting of 1 80GB laptop hard drive, 1 60GB laptop hard drive,
13  1 40GB desktop hard drive, 1 30GB desktop hard drive, 1 8GB hard
14  drive, 1 5GB desktop hard drive, 1 CD-R, and 2 100mb ZIP disks.
15  We had not anticipated this much material to examine.
16  The discovery produced since October 11, 2007, raised new
17  issues that were not anticipated previously and required and will
18  require further forensic investigation.
19  A very significant situation has arisen where there are
20  seven evidentiary files missing from the 60GB forensic image.
21  This situation has been brought to the government's attention and
22  we are awaiting the government's response.  Resolution is
23  necessary for the completion of the forensic examination.
24  It should be noted that Mr. Gappa has been forthcoming with
25  discovery and email communications since the court's order,
26  however, the examination just physically cannot be completed in
27  the amount of time allotted.
28  ///

2

REQUEST FOR EXTENSION OF TIME FOR FURTHER COMPUTER ANALYSIS AND
[PROPOSED] ORDER

1. Mr. Penrod has extended his stay here in Fresno through Friday and hopefully the examination can be concluded thereby.

WHEREFORE the Defendant, RONALD VAUGHN, Jr., respectfully requests an extension of time so that the forensic examination may continue through Friday, October 19, 2007, at 5:00 p.m.

Dated: October 17, 2007. Respectfully submitted,

LAW OFFICE OF RICHARD P. BERMAN

By /s/ Richard P. Berman
RICHARD P. BERMAN
Attorney for Defendant,
RONALD VAUGHN, Jr.

## DECLARATION OF DAVID PENROD

I, DAVID PENROD, hereby declare that:

1. I am a computer forensic analyst. I have qualified as such and have testified in approximately 15 cases in state and federal courts;

2. My qualifications have been set out extensively in previous affidavits filed in this case;

3. On October 11, 2007, the government provided discovery consisting of approximately 200 pages including numerous pages of computer code;

4. On October 12, 2007, the government produced a CD-ROM containing computer registry and two more pages of discovery.

On Monday, October 15, 2007, David Penrod commenced analysis of the materials provided by the government in this case. The examination has not been completed and additional time is necessary therefore;

///

1   5.  The circumstances and causes of the situation include:

2   The discovery resulted in nine media storage devices
3   consisting of 1 80GB laptop hard drive, 1 60 GB laptop hard
4   drive, 1 40GB desktop hard drive, 1 30GB desktop hard drive, 1 8
5   GB hard drive, 1 5GB desktop hard drive, 1 CD-R, and 2 100mb ZIP
6   disks.  We had not anticipated this much material to examine.

7   The discovery produced since October 11, 2007, raised new
8   issues that were not anticipated previously and required and will
9   require further forensic investigation.

10   A very significant situation has arisen where there are
11   seven evidentiary files missing from the 60GB forensic image.
12   This situation has been brought to the government's attention and
13   we are awaiting the government's response.  Resolution is
14   necessary for the completion of the forensic examination.

15   I declare, under penalty of perjury under the laws of the
16   State of California, that I have personal knowledge of the
17   foregoing and could testify competently thereto except as to
18   those matters based upon information and belief and as to those
19   matters I believe them to be true.

20   DATED:  This 17th day of October, 2007, at Fresno,
21   California.

                                        _____
                                        DAVID PENROD
                                        Declarant

25   ///
26   ///
27   ///
28   ///

4

REQUEST FOR EXTENSION OF TIME FOR FURTHER COMPUTER ANALYSIS AND
[PROPOSED] ORDER

**ORDER**

Good cause appearing therefor,

IT IS HEREBY ORDERED that Mr. Penrod's examination of the computer evidence in this case may continue through 5:00 p.m. Friday, October 19, 2007, if necessary.

Dated: October 22, 2007.

_____
HONORABLE OLIVER W. WANGER
United States District Judge