UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff    )<br>                              )<br>    v.                        )<br>                              )<br>RON VAUGHN, JR.,              )<br>                              )<br>            Defendant    )<br>_____) | 1:05-cr-482 OWW<br><br><br><br><br>ORDER RE: JURY EXPENSES |

The jury trial in this case is still in progress.  The jury clerk is authorized to pay juror expenses for lodging and meals for February, 26, 2008 and February 27, 2008, as the presence of the jury is necessary to facilitate conclusion of the trial which is in session outside the jury's presence February, 27, 2008, and will resume in the jury's presence February 28, 2008.

IT IS SO ORDERED.

**Dated:   February 27, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

1