UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr-0482 OWW |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF |
| ) | TIME TO FILE MOTIONS FOR |
| v. ) | JUDGMENT OF ACQUITTAL AND |
| ) | NEW TRIAL |
| RONALD VAUGHN, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Before the Court is Defendant's Motion for Extension of Time to File Motions for Judgment of Acquittal and New Trial.

Good cause appearing, as set forth in the Declaration of Richard P. Berman, Esq., and there being no stated opposition from Plaintiff, Defendant's motion to extend the time for filing Rule 29 and Rule 23, Federal Criminal Rules of Procedure, motions for judgment of acquittal and new trial, is GRANTED AND TIME  for the filing of such motions is extended through and including April 7, 2008.

IT IS SO ORDERED.

Dated:   **March 7, 2008**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1