(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, RONALD VAUGHN, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: CRF-05-0482-OWW |
| **Plaintiff,** | **ORDER REGARDING EXTENSION OF TIME TO FILE OBJECTIONS TO USPO SENTENCING REPORT** |
| **vs.** | |
| **RONALD VAUGHN, Jr.,** | |
| **Defendant.** | |

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that counsel for Defendant shall be granted an extension to May 19, 2008, to file formal objections to the USPO Sentencing Report.

DATED:  May 15, 2008.


/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER

---

1

[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE OBJECTIONS
TO USPO SENTENCING REPORT