**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR    Defendant, RONALD VAUGHN, Jr.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    CRF-05-0482-OWW |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION FOR NEW TRIAL HEARING/SENTENCING DATE AND ORDER** |
| vs. | |
| RONALD VAUGHN, Jr., | |
| Defendant. | |

IF IT PLEASES THE COURT:

The parties herein, through their respective counsel, hereby agree and stipulate that the motion for new trial hearing and sentencing currently set for June 9, 2008, at 1:30 p.m. both be reset to June 30, 2008, at 1:30 p.m.

1. This resetting is requested to allow Defendant, RONALD VAUGHN, Jr's, family to attend the hearing and sentencing as they will be out of state on June 9, 2008, through June 20, 2008.

2. The Government has agreed to this resetting of the hearings on June 30 and is available on that date.

///

///

3. The delay resulting from this continuance shall be excluded in the interests of justice

1  under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

2      Dated: May 22, 2008.      Respectfully submitted,

3                                 LAW OFFICE OF RICHARD P. BERMAN

4

5                                 By /s/ RICHARD P. BERMAN
                                  RICHARD P. BERMAN
6                                 Attorney for Defendant,
                                     RONALD VAUGHN, Jr.
7

8      Dated: May 22, 2008.    McGREGOR W. SCOTT
                               United States Attorney
9

10

11                                By /s/ DAVID L. GAPPA
                                  DAVID L. GAPPA
                                  Assistant U.S. Attorney
12

13                                *******

14                                **ORDER**

15      IT IS SO ORDERED.

16  **Dated:   May 22, 2008**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28