# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr-0482 OWW |
| Plaintiff, ) | ORDER RE DEFENDANT'S REQUEST FOR COMPASSIONATE LEAVE |
| v. ) | |
| RONALD VAUGHN, JR., ) | |
| Defendant. ) | |

The Defendant has requested compassionate leave to attend his daughter's high school graduation on June 3, 2008.

The Court is willing to accommodate the release as it still has jurisdiction over the Defendant. The Court does not believe that a release for a finite number of hours to attend the graduation ceremony would present any risk of danger to the community.

The conditions of release are that Defendant pay for the expense of such officer or officers who will have custody of him. He will at all times comply with their directions and commands. He will be transported from the Fresno County Jail to the graduation ceremony and, at its conclusion, he shall be immediately returned to the Fresno County Jail.

**This grant of the request for compassionate leave in no way shall be interpreted to have nor shall it have any bearing on pending motions for judgment of acquittal or new trial and is not intended to serve as precedent of any kind in this or any other case.**

IT IS SO ORDERED.

**Dated:   June 2, 2008**              /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE