UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0482 OWW |
| | ) | |
|         Plaintiffs, | ) | ORDER RE COMPASSIONATE |
| | ) | RELEASE |
|   v. | ) | |
| | ) | |
| RONALD VAUGHN, JR., | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED that Ronald Vaughn, Jr., be released at the hour of 5:30 p.m. on June 3, 2008, to the custody of a licensed, private investigator acting for the United States District Court, Eastern District of California, and under the employ of Richard Berman, Esq.  The cost of the investigator is to be paid by Defendant.  The release is for the period of 4 hours through 9:30 p.m. on June 3, 2008.

Mr. Vaughn shall attend the graduation ceremony of his daughter at Clovis East High School and shall be immediately returned therefrom to the Fresno County Jail on or before 9:30 p.m. on June 3, 2008.

DATED:  June 2, 2008.

                               /s/ Oliver W. Wanger
                               Oliver W. Wanger
                   UNITED STATES DISTRICT JUDGE

1