**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0482 OWW |
| | ) | |
| Plaintiffs, | ) | SEALING ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD VAUGHN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Minute Order, Docket No. 272, is hereby ORDERED SEALED in the interst of public safety.

IT IS SO ORDERED.

Dated:   June 3, 2008           /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

1