```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    CR. F. NO. 05-00482 OWW
                               )
              Plaintiff,       )    ORDER ON MOTION TO EXTEND TIME
                               )    FOR SUBMITTING PROPOSED
     v.                        )    FINDINGS OF FACT AND
                               )    CONCLUSIONS OF LAW
                               )
                               )
RONALD VAUGHN, JR.,            )
                               )
                               )
              Defendant.       )
_____)
```

**ORDER**

The Court has reviewed and considered the government's motion to extend the time to file proposed findings of fact and conclusions of law.  Good cause having been show, the Court now orders that the filing be submitted by August 28, 2008.  Any response from the defendant is due September 8, 2008.

    Date:    July 23, 2008          /s/ OLIVER W. WANGER
                                    Oliver W. Wanger
                                    United States District Judge