**JOAN JACOBS LEVIE, #179787**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559)498-8155
FACSIMILE:  (559)498-8165

Attorney for Defendant, RON VAUGHN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RON VAUGHN

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 05-0482 OWW

**EX PARTE APPLICATION FOR ORDER APPROVING PREPARATION OF AND PAYMENT FOR WORD INDICES FOR PRETRIAL EVIDENTIARY HEARING AND TRIAL TRANSCRIPTS**

    The pretrial evidentiary hearing in this case lasted seven days. The trial lasted 27 days. Transcripts of all proceedings in the in the above-entitled matter have been ordered by appellate counsel in the Ninth Circuit Court of Appeal Case No. 08-10336. Appellate counsel requests word indices for the trial and evidentiary hearing transcripts because of the huge number of pages involved and the complexity of the case. It is anticipated that the total number of transcript pages will encompass around 7,000 pages. The court reporter is unable to provide the cost of preparing the word indexes until the record is completely transcribed. However, the length of the index is estimated to be about 20 pages per daily transcript multiplied by about 34 transcripts to be indexed.

    Defendant, RON VAUGHN, is without funds to pay for these transcripts and counsel is appointed under the Criminal Justice Act.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  August 29, 2008

By:  Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Appellant
RON VAUGHN

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant, Ron Vaughn, be authorized to obtain, at government expense, word indices for the complete evidentiary hearing and trial.

DATED:  August 28, 2008

By: /s/ OLIVER W. WANGER
OLIVER W. WANGER
U.S. District Court Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com