UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0482 OWW |
| | ) | |
| Plaintiff, | ) | MODIFICATION OF ORDER TO |
| | ) | UNSEAL TRANSCRIPTS AND |
| v. | ) | DOCUMENTS FOR APPELLATE |
| | ) | REVIEW |
| RONALD VAUGHN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, on November 26, 2008, granted an order to unseal certain documents and exhibits for use by appellate counsel, Joan Jacobs Levie only, in connection with the appeal of Ronald Vaughn, Jr.

Counsel for Defendant shall not publish, disseminate, or transmit to any third party the name or identity of any minor victim referred to in the proceedings.

The minor child who was depicted in graphic images and videos produced in another state, is a real human being.  Her identity has no conceivable relevance to the Defendant's appeal.  The child was depicted in a number of images possessed by the Defendant on his computer hard drive.

The Detective who handled the case was present in open

1

court, was subject to cross-examination by defense counsel, and defense counsel was given full opportunity to investigate any of the background facts concerning the minor depicted in the images found on Defendant's computer.

Separate and independent justification will have to be shown by Defendant to require disclosure of the identity of the minor.

IT IS SO ORDERED.

Dated:   December 4, 2008           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE